**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

| | |
|---|---|
| In re: § § LAW OFFICES OF ARTHUR SHERMAN, § P.C. § § Debtor § | Case No. 2:09-10979 ER |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Carolyn A. Dye, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　United States Bankruptcy Court
　　　　255 East Temple Street
　　　　Room 940
　　　　Los Angeles, CA 90012

　　A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:00 a.m. on March 8, 2017, before the Honorable Ernest M. Robles in Courtroom 1568 of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon Trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 02/02/2017　　　　　　　　By: /s/Carolyn A. Dye
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

*Carolyn A. Dye
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re: §
§
LAW OFFICES OF ARTHUR SHERMAN, § Case No. 2:09-10979 ER
P.C. §
§
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,642,576.08 |
| and approved disbursements of | $ | 9,565,105.68 |
| leaving a balance on hand of[1] | $ | 77,470.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | RD Legal Funding | $ 593,905.60 | $ 593,905.68 | $ 593,905.68 | $ 0.00 |
| 49 | Themis Capital Corporation | $ 434,270.81 | $ 147,461.17 | $ 147,461.17 | $ 0.00 |
| 51 | Julianne Bloomer | $ 691,890.41 | $ 691,890.41 | $ 691,890.41 | $ 0.00 |
| 66 | Habbas Nasseri & Associates | $ 60,000.00 | $ 14,020.26 | $ 14,020.26 | $ 0.00 |
| 67 | Siegfried & Jensen | $ 86,439.48 | $ 33,060.00 | $ 33,060.00 | $ 0.00 |
| 68 | The Schmidt Firm LLP | $ 500,000.00 | $ 27,262.00 | $ 27,262.00 | $ 0.00 |
| 59 | Robins, Kaplan, Miller & Ciresi LLP | $ 430,549.52 | $ 143,516.00 | $ 143,516.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Remaining Balance $ 77,470.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Carolyn A. Dye | $ 312,527.28 | $ 297,111.54 | $ 15,415.74 |
| Trustee Expenses: Carolyn A. Dye | $ 11,916.66 | $ 4,617.43 | $ 7,299.23 |
| Attorney for Trustee Fees: Dumas & Associates | $ 799,115.50 | $ 796,423.00 | $ 2,692.50 |
| Attorney for Trustee Expenses: Dumas & Associates | $ 6,126.87 | $ 5,920.96 | $ 205.91 |
| Accountant for Trustee Fees: LEA Accountancy, LLP | $ 247,024.00 | $ 215,241.50 | $ 31,782.50 |
| Accountant for Trustee Expenses: LEA Accountancy, LLP | $ 1,426.95 | $ 0.00 | $ 1,426.95 |
| Charges: U.S. Bankruptcy Court | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Other: Iron Mountain | $ 7,932.93 | $ 0.00 | $ 7,932.93 |

Total to be paid for chapter 7 administrative expenses $ 68,005.76

Remaining Balance $ 9,464.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 307,138.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | City of Los Angeles | $ 19,719.93 | $ 19,719.93 | $ 0.00 |
| 22 | Franchise Tax Board | $ 130,600.10 | $ 130,600.10 | $ 0.00 |
| 91 / 55 | Nancy Shaw | $ 30,500.00 | $ 30,500.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 72 | Internal Revenue Service | $ 100,462.94 | $ 100,462.94 | $ 0.00 |
| 76 | City Of Los Angeles | $ 9,408.90 | $ 9,408.90 | $ 0.00 |
| 87 | Employment Development Dept. | $ 5,496.37 | $ 5,496.37 | $ 0.00 |
| 91 / 55 | Nancy Shaw | $ 10,950.00 | $ 10,950.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 0.00 |
| Remaining Balance | | $ 9,464.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,399,533.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 03 | George Henry, Ph.D. | $ 1,851.70 | $ 979.49 | $ 1.44 |
| 04 | Vollmer-Gray | $ 2,803.28 | $ 1,482.84 | $ 2.17 |
| 05 | Tomas Cruz | $ 2,000.00 | $ 1,057.93 | $ 1.56 |
| 06 | Michael Makinen | $ 43,127.00 | $ 22,812.72 | $ 33.49 |
| 07 | Rudy Perez, Michael Nicolette | $ 136,841.00 | $ 72,384.27 | $ 106.23 |
| 08 | Rudy Perez | $ 164,252.00 | $ 86,883.75 | $ 127.54 |
| 09 | Atefeh Dibaei | $ 68,000.00 | $ 35,969.71 | $ 52.79 |
| 10 | Michael Callahan | $ 2,166.00 | $ 1,102.02 | $ 45.41 |
| 11 | Jonathan K. Golden, Esq. | $ 12,500.00 | $ 6,612.08 | $ 9.70 |
| 13 | Bruce Radenbaugh | $ 45,500.00 | $ 24,067.96 | $ 35.33 |
| 14 | N. Jane Dubovy | $ 38,750.00 | $ 20,497.44 | $ 30.08 |
| 16 | Reaven Joy Gately | $ 136,000.90 | $ 71,939.88 | $ 105.59 |
| 18 | Steve Radenbaugh | $ 205,000.00 | $ 108,438.07 | $ 159.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Rancho Malibu, INC. | $ 302,250.00 | $ 159,880.04 | $ 234.66 |
| 21 | Alex Kolevzon | $ 129,970.97 | $ 68,750.25 | $ 100.91 |
| 23 | George Parker | $ 170,847.00 | $ 90,372.29 | $ 132.65 |
| 26 | Bluebird Office Supplies | $ 1,863.11 | $ 985.52 | $ 1.45 |
| 27 | Josh Kolevzon | $ 660,659.60 | $ 349,466.59 | $ 512.94 |
| 28 | Felisa A. Smith | $ 1,350.00 | $ 714.10 | $ 1.05 |
| 29 | Round Two Investment Partners | $ 591,914.67 | $ 313,102.86 | $ 459.56 |
| 30 | David Fisher & Marianna Fisher | $ 52,006.85 | $ 27,509.87 | $ 40.38 |
| 31 | Michelle Bardlett | $ 17,027.00 | $ 8,663.04 | $ 356.88 |
| 32 | Bruce & Andrea Halpern | $ 3,234.37 | $ 1,710.87 | $ 2.51 |
| 33 | Marie Simon | $ 2,417.56 | $ 1,278.81 | $ 1.88 |
| 34 | Gregory Louganis | $ 1,183,128.00 | $ 625,834.73 | $ 918.58 |
| 35 | Ikon Office Solution | $ 49.65 | $ 26.26 | $ 0.04 |
| 37 | Rebecca Jeppesen | $ 2,000.00 | $ 1,057.93 | $ 1.56 |
| 38 | Caroline Jane Figuered | $ 36,047.09 | $ 19,067.69 | $ 27.99 |
| 39 | Tyra Golter | $ 271,641.40 | $ 143,689.12 | $ 210.90 |
| 40 | Denay Jo Brien | $ 35,421.00 | $ 18,736.51 | $ 27.51 |
| 41 | GE Capital Information Technology | $ 66,516.24 | $ 35,184.85 | $ 51.64 |
| 42 | Phyllis Verna Rogers | $ 64,000.00 | $ 33,853.84 | $ 49.69 |
| 43 | Joni L. Ellis | $ 1,350.00 | $ 686.85 | $ 28.30 |
| 45 | Russell C. Arslan | $ 80,000.00 | $ 42,317.30 | $ 62.11 |
| 46 | Justin Neishuler | $ 93,047.00 | $ 49,218.72 | $ 72.24 |
| 47 | Darren Neishuler | $ 65,625.00 | $ 34,713.41 | $ 50.95 |
| 48 | Dr. Vadim Lipel | $ 3,835.00 | $ 2,028.58 | $ 2.98 |
| 50 | Esther Vega | $ 4,250.00 | $ 2,248.11 | $ 3.29 |
| 52 | Herbert F. Slavin | $ 87,676.00 | $ 46,377.64 | $ 68.07 |
| 53 | MWAY, LLC | $ 311,385.80 | $ 164,712.56 | $ 241.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 54 | Joceyln Scarborough & Donna Taylor | $ 477,934.15 | $ 252,811.02 | $ 371.06 |
| 56 | Leaf Funding, INC. | $ 4,925.95 | $ 2,605.66 | $ 3.83 |
| 58 | Sandra & Thomas Hasenpflug | $ 4,325.56 | $ 2,288.08 | $ 3.35 |
| 59 | Robins, Kaplan, Miller & Ciresi LLP | $ 287,033.02 | $ 151,830.77 | $ 222.85 |
| 60 | William H. Newkirk | $ 305,000.00 | $ 161,335.85 | $ 235.65 |
| 61 | Della Vigil | $ 1,350.00 | $ 686.85 | $ 28.30 |
| 63 / 82 | Keely Fuentes | $ 152,773.00 | $ 80,811.75 | $ 118.61 |
| 64 / 83 | Allison Fuentes | $ 85,408.00 | $ 45,177.95 | $ 66.31 |
| 65 | Tenet Healthcare Corporation | $ 354,052.28 | $ 187,281.69 | $ 274.89 |
| 69 | Ronald Kollitz, Esq. | $ 15,637.25 | $ 8,271.58 | $ 12.13 |
| 70 | Don Alexander | $ 20,794.08 | $ 10,579.66 | $ 435.85 |
| 72 | Internal Revenue Service | $ 73.16 | $ 38.70 | $ 0.06 |
| 78 / 71 | Donald E. Minkoff | $ 1,709,368.48 | $ 904,198.15 | $ 1,327.16 |
| 79 | Alan M. Salkow, Esq. | $ 144,076.42 | $ 76,211.56 | $ 111.86 |
| 80 | Leslie Reagan | $ 24,601.50 | $ 13,013.35 | $ 19.11 |
| 81 | Murphy Rosen & Meylan, LLP | $ 15,904.95 | $ 8,413.18 | $ 12.35 |
| 84 | Ann Hamilton Wallace | $ 11,750.00 | $ 6,215.35 | $ 9.13 |
| 87 | Employment Development Dept. | $ 1,450.60 | $ 767.31 | $ 1.13 |
| 88 | Gregory Pouget | $ 200,000.00 | $ 105,793.24 | $ 155.28 |
| 89 | Advanced Microsystems | $ 24,228.28 | $ 12,815.95 | $ 18.80 |
| 92 | Diane C. Weil ATF Robin Dee Vaughn | $ 50,000.00 | $ 26,448.31 | $ 38.82 |
| 93 | Margaret L. Myers | $ 9,000.00 | $ 4,760.70 | $ 6.99 |
| 94 | Harvey D. Paley, M.D. | $ 55,000.00 | $ 29,093.15 | $ 42.69 |
| 95 | Alice S. Meyer | $ 80,000.00 | $ 42,317.30 | $ 62.11 |
| 91 / 55 | Nancy Shaw | $ 81,177.00 | $ 42,939.89 | $ 63.02 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 66 | Habbas Nasseri & Associates | $ 28,040.52 | $ 14,266.53 | $ 587.73 |
| 68 | The Schmidt Firm LLP | $ 54,524.00 | $ 28,841.35 | $ 42.34 |
| 67 | Siegfried & Jensen | $ 66,120.00 | $ 34,975.24 | $ 51.34 |
| 96 | Eileen Book & Milton Book | $ 36,680.00 | $ 18,662.05 | $ 768.91 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 9,464.64 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Carolyn A. Dye
Chapter 7 Trustee

*Carolyn A. Dye*
*3435 Wilshire Blvd., Suite 990*
*Los Angeles, CA 90010*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 7)*