CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-10979-ER |
| | [Chapter 7] |
| LAW OFFICES OF ARTHUR SHERMAN, P.C., | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor. | [Federal Rule of Bankruptcy Procedure 3011] |
| | [No Hearing Required] |

Carolyn A. Dye, Chapter 7 Trustee in the above-captioned bankruptcy case, submits $3,742.17 representing the total amount of unclaimed dividends in the estate. Such funds are remitted to the Court pursuant to Bankruptcy Rule 3011. The name, address and amount to be paid to the creditor is:

| Claimant | Claim No. | Amount |
|---|---|---|
| Callahan, Michael<br>P.O. Box 325<br>Three Mile Bay, NY 13693 | 10 | $ 45.41 |
| Rancho Malibu Inc<br>c/o Karen Cicero Pres<br>3200 Airport Ave.<br>Suite 20<br>Santa Monica, CA 90405 | 19 | $ 234.66 |

| Claimant | Claim No. | Amount |
|---|---|---|
| David & Marianna Fisher<br>c/o Linda N. Deitch, Esq.<br>10100 Santa Monica Blvd.<br>Suite 220<br>Los Angeles, CA 90067 | 30 | $ 40.38 |
| Michelle Bardlett<br>4770 Luxor Way #1232<br>Las Vegas NV 89115 | 31 | $ 356.88 |
| Joni L. Ellis<br>375 West Vine Street<br>Grantsville, UT 84029 | 43 | $ 28.30 |
| MWAY, LLC<br>Moe Abarghoei<br>6640 Amigo Avenue<br>Reseda, CA 91335 | 53 | $ 241.76 |
| Della Vigil<br>c/o Mortensen and Richardson<br>1745 S Alma School Rd.<br>Mesa, AZ 85210-3010 | 61 | $ 28.30 |
| Keely Fuentes<br>c/o John H. Draneas<br>415 Boren Ave #27<br>Seattle, WA 98104 | 63 | $ 118.61 |
| Siegfried & Jensen<br>5664 S. Green Street<br>Murray, UT 84123 | 67 | $ 51.34 |
| Don Alexander<br>41183 Doyle Street<br>Indio, CA 92201 | 70 | $ 435.85 |
| Donald Minkoff<br>1903 Yacht Enchantress<br>Newport Beach CA 92660 | 71 | $1,327.16 |
| Advanced Microsystems<br>c/o John Adams, Esq.<br>2121 Cloverfield Blvd.<br>Suite 114<br>Santa Monica, CA 90404 | 89 | $ 18.80 |
| Robin Dee Vaughn<br>12024 Moorpark St., #3<br>Studio City, CA 91604 | 92 | $ 38.82 |

| Claimant | Claim No. | Amount |
|---|---|---|
| Myers, Margaret<br>1751 Iris Avenue<br>Torrance, CA 90503 | 93 | $ 6.99 |
| Eileen and Milton Book<br>c/o Sheryl L. Hammer, Esq.<br>16161 Ventura Blvd.<br>Suite 773<br>Encino CA 91436 | 96 | $ 768.91 |

Total $3,742.17

Dated: May 11, 2017

_____
Carolyn A. Dye, Chapter 7 Trustee